# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Vanessa Carbajal,<br><br>　　　　Defendant. | No. CR-19-01615-001-TUC-JGZ (LAB)<br><br>**ORDER** |

Pending before the Court is a Report by United States Magistrate Judge Leslie A. Bowman, recommending that the Court find that Defendant Vanessa Carbajal violated her conditions of supervised release. (Doc. 52.)  The parties have not filed any objections and the time to file objections has expired.

Having reviewed the Magistrate Judge's Report, the Court will adopt the recommendation.

IT IS ORDERED:
1. Magistrate Judge Bowman's Report and Recommendation (Doc. 52) is ADOPTED;
2. The US Probation Office is directed to prepare a disposition report.
3. A Final Disposition Hearing IS SET FOR October 25, 2022 at 10:00 a.m. before this Court.

Dated this 22nd day of September, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge